| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Frost, Gregory L. | 2. Court or Organization<br><br>U.S. Dist. Ct., S.Dist.of Ohio | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>169 U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director / Shareholder | W.K. Frost, Inc. ( ▨ - owned corporation) |
| 2. Director | Maryhaven, Inc. (Non-profit drug and alcohal rehabilitation facility) |
| 3. Partner | Meridian Condo Project |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/01/03 | Public Employees Retirement System of Ohio, pension plan as a result of former position as state court judge. |
| 2. 01/01/08 | Partnership in Meridian Condo Project with spouse (75%), Lew George and Kelly George (25%) |
| 3. | |

Frost, Gregory L.

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | W. K. Frost, Inc. (director's fee) | $0.00 |
| 2. 2009 | Ohio Public Employees Retirement System (pension) | $72,856.14 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State of Ohio, The Supreme Court of Ohio - salary |
| 2. 2009 | Central Ohio Technical College - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank First National | Commercial real estate mortgage on undeveloped commercial real estate | J |
| 2. Bank of America | Meridian Condo Project mortgage | N |
| 3. Pittsburgh National Bank (PNC) | [redacted] (Former personal residence, rental unit as of 08/15/2009) | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Merit Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Intel Corp. Common Stock | A | Dividend | | | Sold | 12/07/09 | J | | |
| 3. Nortel Networks Corp. Common Stock | | None | | | Sold | 12/07/09 | J | | Bankruptcy |
| 4. Soloman Smith Barney - Citibank Account | A | Interest | | | Closed | 11/09/09 | J | | Transfer to Merrill Lynch |
| 5. Soloman Smith Barney - Citibank Account | A | Interest | | | Closed | 11/09/09 | J | | Transfer to Merrill Lynch |
| 6. Park National Bank Checking Account | | None | J | T | | | | | |
| 7. Park National Bank Chec ing Account | | None | J | T | | | | | |
| 8. Soloman Smith Barney - IRA Account | A | Interest | | | Closed | 11/09/09 | J | | Transfer to Merrill Lynch |
| 9. W.K. Frost, Inc. - Closely held stock | E | Distribution | M | U | | | | | |
| 10. Hydroseed Plus - [ ] owned partnership | | None | L | W | Sell pt. | 10/06/09 | J | | Partner - [ ] |
| 11. Clayton Land Holdings, LLC appraised 3/15/00 | | None | L | T | | | | | |
| 12. Shrimplin #1 - Oil well | B | Royalty | J | W | | | | | |
| 13. Deferred Comp. [ ] - AIM Constellation | A | Interest | J | T | | | | | |
| 14. Deferred Comp. [ ] - Fidelity Contrafund | A | Interest | J | T | | | | | |
| 15. Deferred Comp. [ ] - Janus Fund | A | Interest | J | T | | | | | |
| 16. Deferred Comp. [ ] - Vanguard International Growth | A | Interest | K | T | | | | | |
| 17. Deferred Comp. [ ] - Vanguard Institutional Index | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deferred Comp. [____] - Guaranteed Return Option | A | Interest | K | T | | | | | |
| 19. Plantation Federal Bank - Joint Checking Account | A | Interest | J | T | | | | | |
| 20. Plantation Federal Bank - Joint Money Market Account | A | Interest | J | T | | | | | |
| 21. Deferred Comp. [____] - FPA Capital Fund | A | Interest | K | T | | | | | |
| 22. Meridian Condo Project - Cocoa Beach, FL | D | Rent | O | W | Buy | 09/30/09 | J | | Lew and Kelly George (25%) |
| 23. Deferred Comp. [____] - Fideity Contrafund | B | Interest | J | T | | | | | |
| 24. Deferred Comp. [____] - Aim Constellation | A | Interest | J | T | | | | | |
| 25. Deferred Comp. [____] - Janus Fund | A | Interest | J | T | | | | | |
| 26. Deferred Comp. [____] - Vanguard International | A | Interest | K | T | | | | | |
| 27. Deferred Comp. [____] - Vangard Institutional | A | Interest | K | T | | | | | |
| 28. Deferred Comp. [____] - FPA Capital Fund | A | Interest | K | T | | | | | |
| 29. Deferred Comp. [____] - Guaranteed Return | A | Interest | K | T | | | | | |
| 30. EFA Fund | A | Interest | J | T | | | | | |
| 31. SPY Fund | A | Interest | J | T | | | | | |
| 32. Moundbuilders Country Club | A | Interest | J | T | | | | | |
| 33. [____] | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frost, Gregory L. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

[        ]I owned a 2/3 interest in a partnership, Hydroseed Plus. We sold our 2/3 interest to the other partner, [    ], who owned the other 1/3 interest. The sale is an installment sale spanning 3 years beginning in 2007 and ending in 2009.

[        ]I purchased a 3/4 interest in a condominium in Cocoa Beach, Florida. Lew and Kelly George purchased a 1/4 interest in the same condominium. We have received rental income since August 2008. On September 30, 2009, [        ]I purchased the 1/4 interest from Lew and Kelly George.

[        ]I purchased a capital improvements bond as members of Moundbuilders Country Club and interest is being paid on the bond.

On August 15, 2009, we converted our personal residence located at [                    ] to a rental property and we are receiving rental income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544